■ ELLEN J. GALLAGHER, Respondent, v EDWARD R. GALLAGHER, Appellant. (Appeal No. 2.) [940 NYS2d 503]—Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered August 8, 2011 in a divorce action. The order, among other things, denied defendant's motion for recusal and held defendant in contempt of court.

It is hereby ordered that the order so appealed from is unanimously modified on the law by vacating the fifth ordering paragraph and as modified the order is affirmed without costs.

Same memorandum as in *Gallagher v Gallagher* (93 AD3d 1311 [2012]). Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ ELLEN J. GALLAGHER, Respondent, v EDWARD R. GALLAGHER, Appellant. (Appeal No. 3.) [940 NYS2d 503]—Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), dated April 28, 2011 in a divorce action. The order, among other things, required defendant to maintain plaintiff as co-insured on all property and liability insurance until he has removed her name from all instruments of liability.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.